UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONGFU ZHENG,

                Plaintiff,

-v.-

MERRICK B. GARLAND, et al.,

                Defendants.

23 Civ. 05693 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated Magistrate Judge.

      If both parties consent to proceed before the Magistrate Judge, counsel for Defendants must, **within two weeks of the date of this Order**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, then all further proceedings will be conducted before the designated Magistrate Judge.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so-ordered.

      If any party does not consent to conducting all further proceedings before the designated Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this Order**, informing the Court that the parties do not consent, but without disclosing the identity of the

party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

       SO ORDERED.

Dated:  September 12, 2023
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge