UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONGFU ZHENG,

                      Plaintiff,

    -v-

MERRICK B. GARLAND, United States Attorney General, et al.,

                      Defendants.

CIVIL ACTION NO. 23 Civ. 5693 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants filed a motion to dismiss the Complaint on September 6, 2023. (ECF No. 12 (the "Motion")). Plaintiff's opposition to the Motion, if any, was due on September 20, 2023. (See Local Civ. R. 6.1(b)). To date, Plaintiff has not opposed the Motion.

As a one-time courtesy, the Court sua sponte extends Plaintiff's deadline to **October 5, 2023**. By that date, Plaintiff shall either file an opposition to the Motion or file a letter indicating that he does not oppose the Motion. By **October 12, 2023**, Defendants may file a reply.

Plaintiff is expressly warned that failure to oppose the Motion by October 5, 2023 will result in the Court deeming the Motion unopposed and deciding the Motion as such.

Dated:     New York, New York
             September 28, 2023

                                                  SO ORDERED.

                                                  _/s/ Sarah L. Cave_
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**