UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YONGFU ZHENG,

                      Plaintiff,

     -against-                                    23 **CIVIL** 5693 (SLC)

## JUDGMENT

MERRICK B. GARLAND,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 15, 2024, the Government's Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 15, 2024

                                                              **DANIEL ORTIZ**

                                                         **Acting Clerk of Court**

                  **BY:**

                                                         **Deputy Clerk**